NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
30283
12-SEP-2012
10:19 AM

NO. 30283

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
DESTIN GALLARDE, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. 08-1-1834)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on July 31, 2012, is hereby corrected as follows:

1.    On page 4, in the tenth line from the bottom of the page, the comma after the word "brother" should be deleted so that as corrected, the text reads: "Destin, Chastity, and Tiffany's younger brother "raced" to Jeremy's house . . . ."

2.    On page 12, in the twenty-first line, the words "the" and "that" are transposed and should be corrected so that the text reads: ". . . instruction failed to require that the threat communicate . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 12, 2012.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Reifurth, JJ.